# First District Court of Appeal
## State of Florida

_____

No. 1D18-2192

_____

IRA DEMETRIUS MCPHERSON,

Petitioner,

v.

JULIE L. JONES, Secretary,
Florida Department of
Corrections,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

June 21, 2018

PER CURIAM.

The petition for writ of mandamus is denied on the merits.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ira Demetrius McPherson, pro se, Petitioner.

Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Respondent.